# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| JACQUELINE HUMPHREY, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:19-cv-00084-JRH-BKE |
| AUGUSTA, GA CONSOLIDATED GOVERNMENT, | |
| Defendant. | |

## NOTICE OF APPEARANCE OF AMANDA BROOKHUIS

Amanda Brookhuis of The Kirby G. Smith Law Firm, LLC files her Notice of Appearance as counsel for Plaintiff JACQUELINE HUMPHREY, and respectfully requests that she be served with all future correspondence, pleadings, and notices in this case.

Respectfully submitted this 3rd day of July, 2019.

                                                              THE KIRBY G. SMITH LAW FIRM, LLC

                                                                 s/Amanda M. Brookhuis
                                                              Amanda M. Brookhuis
                                                              Georgia Bar No. 601396
                                                              *Attorney for Plaintiff*

4488 North Shallowford Road
Suite 105
Atlanta, GA 30338
T: (844) 454-7529
F: (877) 352-6253
amb@kirbygsmith.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| JACQUELINE HUMPHREY, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:19-cv-00084-JRH-BKE |
| AUGUSTA, GA CONSOLIDATED GOVERNMENT, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing NOTICE OF APPEARANCE OF AMANDA BROOKHUIS with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all Parties.

This 3rd day of July, 2019.

                                          THE KIRBY G. SMITH LAW FIRM, LLC

                                            s/Amanda M. Brookhuis
                                          Amanda M. Brookhuis
                                          Georgia Bar No. 601396
                                          *Attorney for Plaintiff*