AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **CV119-0084**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **AUGUSTA GA., CONSOLIDATED GOVT.**
was received by me on *(date)* **July 12, 2019**

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* **JESSICA HAYES**, who is designated by law to accept service of process on behalf of *(name of organization)* **AUGUSTA MAYOR HARDIE DAVIS** on *(date)* **7-15-19** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**

I declare under penalty of perjury that this information is true.

Date: **7-15-19**

*David P Smith*
Server's signature

**DAVID P. SMITH**
Printed name and title

**3018 HILLCREEK DRIVE**
**AUGUSTA GA 30909**
Server's address

Additional information regarding attempted service, etc: