**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| JACQUELINE HUMPHREY, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 1:19-cv-00084-JRH-BKE |
| AUGUSTA, GA CONSOLIDATED GOVERNMENT, | |
| Defendant. | |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

COMES NOW Plaintiff, JACQUELINE HUMPHREY, by and through undersigned counsel, The Kirby G. Smith Law Firm, LLC, and pursuant to F.R.C.P. 15(a)(1)(B), moves to amend her Complaint as a matter of course. The Amended Complaint is included herein. Plaintiff respectfully requests that Plaintiff be offered another opportunity to respond to Defendant's Motion to Dismiss [Doc. 7] if the Court transfers said Motion to the Amended Complaint.

Respectfully submitted, this 13th day of August, 2019.

1

                                             <u>s/ Amanda M. Brookhuis</u>
                                             Amanda M. Brookhuis
                                             Georgia Bar No. 601396
                                             Kirby G. Smith
                                             Georgia Bar No. 250119
                                             *Attorneys for Plaintiff*

THE KIRBY G. SMITH LAW FIRM, LLC
4488 North Shallowford Road
Suite 105
Atlanta, GA 30338
Phone: (844) 454-7529
Fax: (877) 352-6253
amb@kirbygsmith.com
kgs@kirbygsmith.com

## **CERTIFICATE OF SERVICE**

I hereby certify on this 13th day of August, 2019, I have electronically filed the foregoing PLAINTIFF'S MOTION TO AMEND COMPLAINT using the Court's ECF system, thereby ensuring electronic service upon all counsel of record.

This 13th day of August, 2019.

                                             Respectfully submitted,

                                             The Kirby G. Smith Law Firm, LLC

                                             s/ Amanda M. Brookhuis
                                             Amanda M. Brookhuis
                                             Georgia Bar No. 601396