

**U.S. Department of Justice**

Civil Rights Division

ESD:KDW:KLF
DJ 170-20-0

*Employment Litigation Section - PHB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*
*www.usdoj.gov/crt/emp*

NOTICE OF RIGHT TO SUE WITHIN 90 DAYS

CERTIFIED MAIL 7016 2140 0000 5581 4905
RETURN RECEIPT REQUESTED

MAR - 6 2019

Ms. Jacqueline A. Humphrey
c/o S. Wesley Woolf, Esquire
Woolf Law Offices
408 East Bay Street
Savannah, GA 31401

Re:  Jacqueline A. Humphrey v. City of Augusta (Richmond County), EEOC Charge No. 415-2015-00577

Dear Ms. Humphrey:

   It has been determined that the Department of Justice will not file suit on the above-referenced charge of discrimination that was referred to us by the Equal Employment Opportunity Commission (EEOC). This should not be taken to mean that the Department of Justice has made a judgment as to whether or not your charge is meritorious.

   You are hereby notified that conciliation in this matter was unsuccessful by the EEOC. You are further notified that you have the right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. Section 2000e et seq., against the above-named respondent. If you choose to commence a civil action, such suit must be filed in the appropriate court within 90 days of your receipt of this Notice.

   We are returning the files in this matter to EEOC's Savannah Local Office. If you or your attorney have any questions concerning this matter or wish to inspect the investigative file, please feel free to address your inquiry to: Omayra Padilla, Director, EEOC, 7391 Hodgson Memorial Drive, Ste. 200, Savannah, GA 31406-2579.

Sincerely,

Eric S. Dreiband
Assistant Attorney General
Civil Rights Division

By:  *[signature]*

Karen D. Woodard
Principal Deputy Chief
Employment Litigation Section

cc:  Jacqueline A. Humphrey
     City of Augusta (Richmond County)
     Andrew Mackenzie, General Counsel
     EEOC, Savannah Local Office

EXHIBIT 1