

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Savannah Local Office**

7391 Hodgson Memorial Drive, Suite 200
Savannah, GA 31406-2579
Intake Information Group: 800-669-4000
Intake Information Group TTY: 800-669-6820
Savannah Status Line: 866-408-8075
Savannah Direct Dial: (912) 920-4279
TTY (912) 920-4491
FAX (912) 920-4484
Website: www.eeoc.gov

EEOC Charge No. 415-2015-00577

Jacqueline Humphrey                       Charging Party
P.O. Box 811
Evans, GA 30809

City of Augusta (Richmond County)         Respondent
535 Telfair Street
Augusta, GA 30901

## DETERMINATION

I issue the following determination on the merits of this charge.

Respondent is an employer within the meaning of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000(e) et seq. (Title VII). Timeliness and all other jurisdictional requirements for coverage have been met.

Charging Party alleges that she was discriminated against by Respondent in retaliation for engaging in protected activity and by opposing unlawful discriminatory conduct. After opposing the unlawful conduct, she was discharged.

Respondent denies Charging Party's allegations.

The evidence supports a finding that Respondent discharged Charging Party in retaliation for engaging in a protected activity. Respondent's proffered legitimate, non-discriminatory reason for its action does not withstand scrutiny, and is therefore pretext.

Based upon the evidence and the record as a whole, there is reasonable cause to conclude that Charging Party was discharged in retaliation for engaging in a protected activity, in violation of Title VII.

Upon finding that there is reason to believe that violations have occurred, the Commission attempts to eliminate the alleged unlawful practices by informal methods of conciliation. Therefore, the Commission now invites the Parties to join with it in reaching a just resolution of this matter. In this regard, conciliation of this matter has now begun. A conciliation agreement containing the types of relief necessary to remedy the violation of the statute is included for your review.

When Respondent declines to enter into settlement discussions, or when the Commission's representative for any reason is unable to secure a settlement acceptable to the office Director,

the Director shall so inform the Parties in writing and advise them of the court enforcement alternative available to the Charging Party, aggrieved persons and the Commission. The confidentiality provisions of the statutes and Commission Regulations apply to information obtained during conciliation.

You are hereby reminded that Federal law prohibits retaliation against persons who have exercised their right to inquire or complain about matters they believe may violate the law. Discrimination against persons who have cooperated in the Commission's investigation is also prohibited. The protections apply regardless of the Commission's determination on the merits of the charge.

On Behalf of the Commission:

MAY 3 0 2018
Date

Bernice Williams-Kimbrough
Director
Atlanta District Office

2

EXHIBIT 2