IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JACQUELINE HUMPHREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-084 |
| | ) | |
| AUGUSTA, GA CONSOLIDATED GOVERNMENT, | ) ) | |
| | ) | |
| Defendant. | ) | |

**SCHEDULING ORDER**

In consideration of Fed. R. Civ. P. 16(b), the Local Rules, and the Rule 26(f) Report, the Court imposes the following scheduling deadlines:

| | |
|---|---|
| DATE OF RULE 26(f) CONFERENCE | November 26, 2019 |
| LAST DAY FOR FILING MOTIONS TO AMEND OR ADD PARTIES | February 18, 2020 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY PLAINTIFF | March 18, 2020 |
| LAST DAY TO FURNISH EXPERT WITNESS REPORT BY DEFENDANT | April 20, 2020 |
| CLOSE OF DISCOVERY | May 20, 2020 |
| JOINT STATUS REPORT[1] | May 20, 2020 |
| LAST DAY FOR FILING CIVIL MOTIONS INCLUDING *DAUBERT* MOTIONS, but EXCLUDING MOTIONS IN LIMINE | June 22, 2020 |

The Court hereby incorporates as if fully set forth herein the parties' agreement regarding the procedures for asserting claims of privilege or protection after production of either electronic or other discovery material and the preservation, disclosure, or discovery of electronically stored information. (Doc. no. 19, ¶¶ 9, 10.)

SO ORDERED this 13th day of December, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] On the date the discovery period expires, the parties shall file a Joint Status Report, found on the Court's website under Forms, Civil Forms, Status Report Form - for use in Judge Hall / Judge Epps cases. Any extension of the discovery period automatically extends the Joint Status Report deadline.