IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JACQUELINE HUMPHREY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 119-084 |
| | ) | |
| AUGUSTA, GEORGIA | ) | |
| | ) | |
| Defendant. | ) | |

_____

**O R D E R**
_____

Before the Court is the parties' Joint Motion to Correct Name of Defendant wherein the parties jointly move the Court to change the name of Defendant from "Augusta, GA Consolidated Government" to "Augusta, Georgia."  (Doc. no. 21.)  For good cause shown, the Court grants the motion.  The Court **DIRECTS** the **CLERK** to update the docket with the correct spelling of Defendant's name in accordance with the caption of this Order.

SO ORDERED this 20th day of December, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA