# EXHIBIT A



# PERSONNEL POLICY

# &

# PROCEDURES MANUAL

Augusta  003619

**Table of Contents**

**PERSONNEL POLICY & PROCEDURES MANUAL**

**INTRODUCTION** ................................................................................................ **11**

**CHAPTER I.  ATTENDANCE & LEAVE POLICY** ........................................... **12**

Section 100.001  Normal Hours of Operation ................................................ 12
Section 100.002  Attendance ........................................................................ 12
Section 100.003  Break Time ........................................................................ 12
Section 100.004  Alternative Work Schedules ............................................. 12
Section 100.005  Use of Accrued Compensatory Time Off ......................... 16
Section 100.006  Holidays ............................................................................ 16
Section 100.007  Annual Leave/Sick Leave Accrual ................................... 17
Section 100.008  Fire Suppresion Personnel Paid Leave Policy ................. 18
Section 100.009  Scheduling Annual Leave .................................................. 18
Section 100.010  Request for Annual Leave .................................................. 18
Section 100.011  Maximum Allowable Annual Leave Carryover .................. 19
Section 100.012  Payment for Unused Annual Leave…………..  ................. 19
Section 100.013  Rate of Payment for AL Following Promotion or Demotion ................. 19
Section 100.014  Annual Leave Buy-Back Policy ......................................... 19
Section 100.015  Scheduling of Sick Leave .................................................. 20
Section 100.016  Maximum Allowable Sick Leave Carryover ...................... 20
Section 100.017  Payment of Unused Sick Leave ......................................... 20
Section 100.018  Sick Leave Pool Policy ...................................................... 20
Section 100.019  Sick Leave Pool Eligibility ................................................ 21
Section 100.020  Application for Membership in Sick Leave Pool ................ 21
Section 100.021  Sick Leave Pool Contributions .......................................... 21
Section 100.022  Use of Pooled Sick Leave .................................................. 22
Section 100.023  Sick Leave Pool Committee ............................................... 23
Section 100.024  Termination of Sick Leave Pool Membership .................... 23
Section 100.025  Abuse of Sick Leave Pool Policy ....................................... 23
Section 100.026  Military Leave .................................................................... 24
Section 100.027  Workers Compensation ...................................................... 27
Section 100.028  Disabilities Not Covered By Workers Compensation ........... 27
Section 100.029  Maternity Leave ................................................................. 28
Section 100.030  Family and Medical Leave ................................................. 28
Section 100.031  Leave of Absence Without Pay .......................................... 34
Section 100.032  Leave of Absence Without Pay Regulations ...................... 35
Section 100.033  Absence Without Leave ..................................................... 36
Section 100.034  Leave of Absence With Pay ............................................... 36
Section 100.035  Funeral Leave ..................................................................... 36
Section 100.036  Jury Duty/Civic Duty Leave .............................................. 36
Section 100.037  Special Meetings and Examinations .................................. 37
Section 100.038  Training and Education ....................................................... 37
Section 100.039  Excused Absences .............................................................. 37
Section 100.040  Days of Mourning .............................................................. 37

Augusta  003620

Section 100.041   Emergency Leave ................................................................................ 37
Section 100.042   General Administrative Leave ............................................................ 37

**CHAPTER II.  EQUAL EMPLOYMENT OPPORTUNITY** ................................................ **38**

Section 200.001  Equal Employment Opportunity (EEO) ............................................ 38
Section 200.002  Discrimation and Harassment-Free Workplace ................................ 38
Section 200.003  Disability Accomodation ................................................................... 39
Section 200.004  EEO Office Overview ....................................................................... 40
Section 200.005  EEO Office Mission .......................................................................... 41
Section 200.006  EEO Office Oversight and Jurisdiction ............................................ 42
Section 200.007  EEO Office Access to Information and Date Collection .................... 43
Section 200.008  Guidelines for Assessing Educational Credentials in EEO Matters .......... 43
Section 200.009  Filing an EEO Complaint .................................................................. 44
Section 200.010  Complaint Inquiries and Investigations ............................................. 44
Section 200.011  Complaint Process ............................................................................. 44
Section 200.012  Employee Relocation in Connection with Pending EEO Case ......... 46
Section 200.013  Confidentiality .................................................................................. 46
Section 200.014  Honesty Code .................................................................................... 47
Section 200.015  Management and Employee Cooperation ........................................... 47
Section 200.016  Complaint Closure ............................................................................ 47
Section 200.017  Prohibition Against Retaliation ......................................................... 48
Section 200.018  Final Internal Case Closure and Appeal Rights ................................ 48
Section 200.019  Policy Update, Jurisdiction and Other Matters ................................. 49

**CHAPTER III.  GRIEVANCES, DISCIPLINE & APPEALS** ............................................ **50**

Section 300.001  Objective ........................................................................................... 50
Section 300.002  Grievance Policy Scope .................................................................... 50
Section 300.003  Grievance Policy Undertaking ......................................................... 50
Section 300.004  Grievance Policy Definitions ........................................................... 51
Section 300.005  Exclusions From the Grievance Procedure. ...................................... 51
Section 300.006  Grievance Policy General Provisions ............................................... 51
Section 300.007  Presenting a Grievance ..................................................................... 52
Section 300.008  Grievance Process ............................................................................. 52
Section 300.009  Grievance Witnesses ......................................................................... 53
Section 300.010  Grievance Documentation ................................................................ 53
Section 300.011  Discipline ........................................................................................... 54
Section 300.012  Discipline Guidelines and Procedure ............................................... 57
Section 300.013  Appeal of Submitted and Approved Discipline ................................ 59
Section 300.014  Appeals to the Personnel Board ........................................................ 60
Section 300.015  Personnel Board By-Laws ................................................................ 61
Section 300.016  Appeals from the Personnel Board to the Administrator .................. 64
Section 300.017  Appeals from the Administrator to Superior Court ........................... 65
Notice of Letter of Warning (Form HR-ER I) .............................................................. 66
Notice of Disciplinary Action (Form HR-ER II) .......................................................... 67
Notice of Disciplinary Action (Form HR-ER III) ......................................................... 69
Notice of Disciplinary Action (Form HR-ER IV) ......................................................... 70
Request for Administrative Review or Appeal (Form HR – ER V) ................................ 71

Augusta 003621

Notice of Final Decision (Form HR – ER VI) ........................................................... 73
Recommended Guideline for Disciplinary Action ............................................... 74

**CHAPTER IV.  CAREER LADDERS, LATTICES AND JOB TITLING POLICY .......... 79**

Introduction .......................................................................................................... 79
Section 400.001  Who is Eligible. ......................................................................... 79
Section 400.002  What Positions are Eligible ....................................................... 80
Section 400.003  Why Participate in Career Ladders. ........................................... 80
Section 400.004  How to Initiate a Career Ladder Progression ............................ 80
Section 400.005  Pre-Approved Career Ladders ................................................... 81
Section 400.006  Individual Career Ladders ......................................................... 81
Section 400.007  Estimating Pay Rate Upon Completion ..................................... 82
Section 400.008  Supporting Documents to Start a Career Ladder ....................... 82
Section 400.009  Process to Complete a Career Ladder Review Request ............. 82
Section 400.010  Compensation for Degrees, Licenses, and Certifications ........... 83
Individual Career Ladder Form (HR-CA&M I) .................................................... 85
Manager's Eligibility Checklist Form (HR-CA&M II) ........................................ 87

**CHAPTER V.  COMPENSATION ..................................................................... 88**

**A.  GENERAL .............................................................................................. 88**
Section 500.001 Compensation Philosophy .......................................................... 88

**B.  COMPENSATION ADMINISTRATION .................................................. 90**
Section 500.101  Authority of the Adminstrator. .................................................. 90
Section 500.102  Overview of Compensation Administration Program ................ 90
Section 500.103  Compensation Program. ............................................................. 90
Section 500.104  Components of the Compensation Program ............................... 90
Section 500.105  Market Adjustments ................................................................... 91
Section 500.106  Exceptional Circumstances Adjustments. .................................. 91
Section 500.107  Effective Date of Salary Adjustment. ........................................ 91
Section 500.108  Starting Rates for New Employees ............................................ 91
Section 500.109  Employee Communication and Rights. ...................................... 92
Section 500.110  Annual Salary Schedule Determination .................................... 92
Section 500.111  Annual Base Salary Adjustment Date ........................................ 93
Section 500.112  Part-time Continuing Employment ............................................ 93
Section 500.113  Rehired Employees .................................................................... 93
Section 500.114  Former Employees ..................................................................... 93
Section 500.115  Retirees of Augusta, Georgia Statement of Policy .................... 93
Section 500.116  Service Credit and Benefits ....................................................... 93
Section 500.117  Employee Lateral Transfers ....................................................... 94
Section 500.118  Temp. Work at a Higher Class/Provisional Employee ............... 94
Section 500.119  Promotional Increase Policy ...................................................... 94
Section 500.120  Reclassification Promotions ...................................................... 94
Section 500.121  Procedures for Determining Promotional Increase .................... 94
Section 500.122  Disciplinary or Involuntary Demotions ..................................... 95
Section 500.123  Reclassification Demotions ....................................................... 95
Section 500.124  Voluntary Demotions ................................................................. 95

Augusta  003622

Section 500.125 Involuntary Demotions ........................................................................ 96
Section 500.126 Overtime Policy .................................................................................. 96
Section 500.127 Overtime Policy for Full-time Non-exempt Employees........................... 96
Section 500.128 FLSA Section 207(K) Partial Exempt Employees .................................... 96
Section 500.129 FLSA Section 213(a)(3) Fully Exempt Seasonal/Recreational Employees96
Section 500.130 Overtime for Part-time, Non-Exempt Employees. ................................... 97
Section 500.131 Compensatory Time Policy For Non-Exempt Employees ........................ 97
Section 500.132 Maximum Compensation Time Accrual .................................................. 97
Section 500.133 Employees Transferring From One Department/Office to Another.......... 98
Section 500.134 Amendment of Salary Administration Program ....................................... 98
Section 500.135 Interim Salary Policy .......................................................................... 98

**C.  POSITION CLASSIFICATION PLAN** ................................................................ 99
Section 500.201 Classification Plan ............................................................................. 99
Section 500.202 Position Descriptions (Class Specifications)......................................... 101
Section 500.203 Official Copy of Class and Position Descriptions ................................. 101
Section 500.204 Titles of Positions ............................................................................ 101
Section 500.205 Minimum Qualifications...................................................................... 101
Section 500.206 Procedures for the Allocation of Positions ........................................... 101
Section 500.207 Procedures and Conditions for the Position Reallocation ...................... 102
Section 500.208 Procedures for the Re-grading of Positions .......................................... 103
Section 500.209 Maintenance of the Classification Plan ................................................ 103
Section 500.210 Dept. Reorganization/Reclassification Policy & Procedures ................. 104
Section 500.211 Conducting Job Audit ....................................................................... 105
Section 500.212 Administrative Review of Reclassification ........................................... 106

**D.  OTHER COMPENSATION-RELATED POLICIES** ............................................ 106
Section 500.301 Compliance ..................................................................................... 106
Section 500.302 Interpretations................................................................................. 106
Section 500.303 Petitions ......................................................................................... 107
Section 500.304 Minimum Wage Policy ...................................................................... 107
Section 500.305 Red Circle Rate ............................................................................... 107
Section 500.306 Green Circle Rate ............................................................................ 107
Section 500.307 Within-Grade Increase/ Step Increase Pay Policy ................................ 107
Section 500.308 Senior Executive Service (SES) Group Policy ...................................... 110
Section 500.309 Immediate Vesting for SES Employees ............................................... 112
Section 500.310 SES Group Member Affected by Reduction in Work Force Policy......... 112
Section 500.311 SES Group Severance Pay Policy ....................................................... 112
Section 500.312 Notice of Resignation Required for SES Employees .............................. 113
Section 500.313 Moving and Relocation Expenses ....................................................... 113
Section 500.314 Annual Leave for SES Employees ...................................................... 113
Section 500.315 SES Employee Probationary Period .................................................... 113
Section 500.316 Compensation Inaccuracies and Corrections......................................... 113

**CHAPTER VI.  EMPLOYEE INCENTIVE AWARDS PROGRAM (EIAP)** ...................... 116

Section 600.001 Purpose .......................................................................................... 116
Section 600.002 Employee of the Month/Year Performance Awards .............................. 116
Section 600.003 Procedures for "Years of Service" Award............................................. 118

Augusta  003623

Section 600.004  Retirement Recognition ........................................................ 119
Section 600.005  Administration and Budget .................................................... 119

## CHAPTER VII. DRESS CODE & PERSONAL APPEARANCE .......................................... 120

Section 700.001  Professional Dress and Appearance ...................................... 120
Section 700.002  Clothing Restrictions............................................................ 120
Section 700.003  Uniforms ............................................................................... 121
Section 700.004  General Prohibitions ............................................................ 121
Section 700.005  Personal Grooming and Hygiene ......................................... 121
Section 700.006  Policy Violations .................................................................. 121

## CHAPTER VIII. EMPLOYMENT, RECORDS & HRIS .......................................... 122

Section 800.001  Authority of Administrator .................................................. 122
Section 800.002  Nature of Employment ......................................................... 122
Section 800.003  Nepotism............................................................................... 122
Section 800.004  Position Management Program ............................................ 123
Section 800.005  Vacant Positions .................................................................. 125
Section 800.006  Competitive Job Posting Process ......................................... 126
Section 800.007  Competitive Process Exemptions ......................................... 126
Section 800.008  Application Process .............................................................. 127
Section 800.009  Applicant Screening ............................................................ 127
Section 800.010  Qualifications and Requirements ......................................... 128
Section 800.011  Fire Fighter I Recruitment Procedures ................................ 139
Section 800.012  Veteran Preference ............................................................... 131
Section 800.013  Interview Process ................................................................. 132
Section 800.014  Contigent Job Offer/Tentative Job Offer ............................ 133
Section 800.015  Background Checks .............................................................. 134
Section 800.016  Criminal History .................................................................. 134
Section 800.017  Rejection .............................................................................. 135
Section 800.018  Final job Offer ..................................................................... 135
Section 800.019  Appointments/Transfers ...................................................... 136
Section 800.020  Probation Periods ................................................................ 139
Section 800.021  New Employee Orientation ................................................. 139
Section 800.022  Immigration Law Compliance ............................................ 140
Section 800.023  Conflicts of Interest ............................................................ 140
Section 800.024  Outside Employment ........................................................... 141
Section 800.025  Political Activities ............................................................... 141
Section 800.026  Employee Separation and Termination ............................... 143
Section 800.027  Layoffs/Reductions in Force ............................................... 144
Section 800.028  Employee Exit Interview ..................................................... 145
Section 800.029  Personal Information and Personnel Records....................... 146
Section 800.030  Access to Personnel Files .................................................... 146
Section 800.031  Employee Reference Checks ............................................... 147
Section 800.032  Personnel Data Changes ...................................................... 147
Section 800.033  Smoking................................................................................ 147
Section 800.034  Polygraph............................................................................. 147
Section 800.035  Workplace Violence ............................................................ 148

All Rights Reserved – As provided to the Commission on 11-9-11

Augusta 003624

Section 800.036  Cellular Phones ........................................................ 149
Section 800.037  Fitness-for-Duty Policy ............................................ 150
Section 800.038  Fitness-for Duty Procedures .................................... 151
Section 800.039  Workplace Relationships ......................................... 152
Section 800.040  Elected Officials and Their Employees .................... 153

**CHAPTER IV.  SUBSTANCE ABUSE** ............................................... **154**

A.  **GENERAL** ............................................................................... **154**
Section 900.001  Policy and Purpose ................................................. 154
Section 900.002  Policy Intent .......................................................... 155
Section 900.003  References .............................................................. 155
Section 900.004  Definitions ............................................................. 155
Section 900.005  Prohibitions ........................................................... 158
Section 900.006  Consequences for Violations ................................. 159
Section 900.007  Notification Requirements .................................... 159
Section 900.008  Testing Procedures ................................................ 160
Section 900.009  Actions Required for Positive Test ....................... 160
Section 900.010  Split Sample Testing ............................................. 161
Section 900.011  Review of Termination Recommendation .............. 161
Section 900.012  Rehiring Terminated Employees ........................... 161
Section 900.013  Alcohol Testing of Transit Employees and CDL Holders .................. 162
Section 900.014  Refusal to Submit to Testing ................................. 162
Section 900.015  Confidentiality ...................................................... 163
Section 900.016  Contractors ........................................................... 164
Section 900.017  Changes to Policy .................................................. 164
Section 900.018  Contact Person ...................................................... 164

B.  **INDIVIDUALS SUBJECT TO TESTING** ................................... **165**
Section 900.100  Individuals Subject to Testing ............................... 165
Section 900.101  Applicants/New Employees ................................... 165
Section 900.102  Transfers/Promotions ............................................ 165
Section 900.103  Return to Duty ....................................................... 166
Section 900.104  Post-Accident ........................................................ 166
Section 900.105  For-Cause (Reasonable Suspicion) Testing ........... 166
Section 900.106  Random Testing Program ....................................... 168

C.  **MISCELLANEOUS** ................................................................... **170**
Section 900.201  Training ................................................................. 170
Section 900.202  Rehabilitation Policy ............................................. 170
Section 900.203  Relationship to Previously Established Procedure .......... 171
Section 900.204  Forms .................................................................... 171
                  Contractor Certificate (Form SA-1) ............................. 172
                  Substance Abuse Coverage Form (Form SA-2) ............ 173
                  Test Consent Form (Form SA-3) .................................. 174
                  For-Cause Test Authorization Form (Form SA-4) ....... 175
                  Supervisor Referral Form (Form SA-5) ....................... 177
                  Collection Site Checklist (Form SA-6) ........................ 179
                  Information Request Form (Form SA-7) ....................... 180

Augusta  003625

Alcohol Fact Sheet (Form SA-8)................................................................ 181
Acknowledgement of Receipt of Substance Abuse Policy (Form SA-9)183

CHAPTER X.  SAFETY .................................................................................... 184

A.  GENERAL ............................................................................................... 184
    Section 1000.001   General Safety Policy Statement................................... 184
    Section 1000.002   Purpose ................................................................... 184
    Section 1000.003   Applicability ............................................................ 184
    Section 1000.004   Program Goals .......................................................... 184
    Section 1000.005   General Provisions..................................................... 185
    Section 1000.006   Administration .......................................................... 185
    Section 1000.007   Safety Policy Responsibilities ..................................... 185
    Section 1000.008   Risk Management Committee ..................................... 185
    Section 1000.009   Safety Review Committee .......................................... 186
    Section 1000.010   Finance Department Director ...................................... 186
    Section 1000.011   Department Directors ................................................. 187
    Section 1000.012   Supervisory Personnell .............................................. 187
    Section 1000.013   Department Safety Officers ........................................ 188
    Section 1000.014   Employees ............................................................... 188
    Section 1000.015   Condition of Employment .......................................... 188

B.  VEHICLE SAFETY .................................................................................. 189
    Section 1000.101   General Vehicle Safety Policy..................................... 189
    Section 1000.102   Vehicle Safety Responsibilities ................................... 190
    Section 1000.103   Driver Pre-Operation Inspections ............................... 190
    Section 1000.104   General Vehicle Safety ............................................... 192
    Section 1000.105   Seat Bealts .............................................................. 192
    Section 1000.106   Items Prohibited From Being Carried in Augusta, GA Vehicles........ 192
    Section 1000.107   Reporting Driving Citations/Violations ......................... 193
    Section 1000.108   Motor Vehicle Record Checks ..................................... 193
    Section 1000.109   Age and Employment Status Restricitons...................... 194
    Section 1000.110   General Vehicle Accident Provisions ............................ 194
    Section 1000.111   Vehicle Accident Responsibilites ................................. 195
    Section 1000.112   Vehicle Accident Procedures ...................................... 196
    Section 1000.113   Damaged Vehicles .................................................... 196
    Section 1000.114   Vehicle Accident Investigation Purpose ....................... 196
    Section 1000.115   Required Vehicle Accident Investigations...................... 196
    Section 1000.116   Vehicle Accident Investigation Responsibilities ............. 196
    Section 1000.117   Preparation of the Fleet Accident Report...................... 197
    Section 1000.118   Exceptions to Fllet Accident Report ............................ 198
    Section 1000.119   Witness Statements .................................................. 198

C.  SAFETY TRAINING ................................................................................ 199
    Section 1000.201   General Safety Training .............................................. 199
    Section 1000.202   Safety Training Specifics ............................................ 200
    Section 1000.203   Specialized Training .................................................. 201

D.  PERSONAL PROTECTIVE EQUIPMENT (PPE).......................................... 202

Augusta  003626

Section 1000.301  PPE General ............................................................................. 202
Section 1000.302  PPE Responsibilities ................................................................ 202
Section 1000.303  General Safety Equipment ...................................................... 202
Section 1000.304  Minimum Essential Requirements .......................................... 203
Section 1000.305  Employee Non-Compliance/Non-Use of PPE ...................... 203
Section 1000.306  PPE Funding ............................................................................ 203

E.  **SAFETY REVIEW COMMITTEE (SRC)** ................................................ **204**
Section 1000.401  Declaration .............................................................................. 204
Section 1000.402  SRC Purpose ........................................................................... 204
Section 1000.403  SRC Membership ..................................................................... 204
Section 1000.404  Member Tenure ....................................................................... 204
Section 1000.405  Definitions .............................................................................. 205
Section 1000.406  Authority ................................................................................. 205
Section 1000.407  Penalties .................................................................................. 206
Section 1000.408  Procedures ............................................................................... 206
Section 1000.409  Appeals .................................................................................... 207
Section 1000.410  Employee Files ........................................................................ 208
Section 1000.411  Employee Point System .......................................................... 208

F.  **RISK MANAGEMENT COMMITTEE (RMC)** ...................................... **209**
Section 1000.501  Declaration .............................................................................. 209
Section 1000.502  RMC Membership .................................................................... 209
Section 1000.503  Objectives ................................................................................ 209

G.  **WORKER'S COMPENSATION** ............................................................... **210**
Section 1000.601  Purpose .................................................................................... 210
Section 1000.602  General .................................................................................... 210
Section 1000.603  Definitions .............................................................................. 210
Section 1000.604  Responsibilities ....................................................................... 211
Section 1000.605  Emergency Procedures ............................................................ 212
Section 1000.606  Non-Emergency Procedures .................................................... 212
Section 1000.607  Clearance to Return to Work ................................................... 212
Section 1000.608  Workers Comp. Temporary Duty Purpose ............................. 212
Section 1000.609  Workers Comp. Temporary Duty General Guidelines ........... 213
Section 1000.610  Workers Comp. Temporary Duty Assignment ....................... 213
Section 1000.611  Returning to Full Duty From Workers Comp. Temp. Duty ..... 214
Section 1000.612  Workers Comp. Temp. Duty Definitions ................................ 214
Section 1000.613  Workers Comp. Temp. Duty Forms ........................................ 215

**CHAPTER XI.  OTHER RISK MANAGEMENT RELATED POLICIES** .......................... **216**

A.  **CLAIMS ADMINISTRATION** ................................................................. **216**
Section 1100.001  Claims Administation Purpose ............................................... 216
Section 1100.002  General Claims Administration Policy .................................... 216
Section 1100.003  Claims Administration Responsibilities .................................. 216
Section 1100.004  Claims Administration Procedures ......................................... 217

B.  **HOUSEKEEPING** ...................................................................................... **217**

All Rights Reserved – As provided to the Commission on 11-9-11

Augusta_003627

Section 1100.101  Housekeeping Policy Overview ........................................................ 217
Section 1100.102  Housekeeping .................................................................................. 217
Section 1100.103  Housekeeping Procedures .............................................................. 217
Section 1100.104  Rules for Housekeeping ................................................................. 217

**C. SAFETY INSPECTIONS** .......................................................................................... **218**
Section 1100.201  Safety Inspections .......................................................................... 218
Section 1100.202  Inspections ..................................................................................... 218

**D. LOSS PREVENTION** ................................................................................................ **218**
Section 1100.301  Loss Prevention Purpose ................................................................ 218
Section 1100.302  Loss Prevention Policy ................................................................... 219
Section 1100.303  Loss Prevention Applicability ......................................................... 219
Section 1100.304  Loss Prevention Responsibilities .................................................... 219
Section 1100.305  Lost, Damaged or Destroyed Property ............................................ 219
Section 1100.306  Theft or Vandalism ........................................................................ 220
Section 1100.307  Property Accountability .................................................................. 220
Section 1100.308  Supplies ......................................................................................... 220

**E. VEHICLE OVERSIGHT PROGRAM** ...................................................................... **220**
Section 1100.401  Vehicle Oversight Program Purpose ................................................ 220
Section 1100.402  Vehicle Oversight Program Concept ............................................... 221
Section 1100.403  Vehicle Oversight Program Applicability ......................................... 221
Section 1100.404  Vehicle Oversight Program Responsibilities .................................... 221
Section 1100.405  Vehicle Oversight Program Funding ............................................... 221

**CHAPTER XII.  INFORMATION TECHNOLOGY** ................................................... **243**

Section 1200.001  Computer Usage ............................................................................. 243
Section 1200.002  Two-Way Radios ............................................................................ 250
Section 1200.003  Department-Issued Cellular Telephones ......................................... 250
Section 1200.004  Violation of Policies ....................................................................... 251

**APPENDIX**

Definitions ....................................................................................................................... 252
Election of Coverage by an Elected Official .................................................................... 266
Acknowledgement of Receipt .......................................................................................... 267

Augusta  003628

# CHAPTER III.

# GRIEVANCES, DISCIPLINE, & APPEALS

## Section 300.001   Objective

It is the practice of Augusta, Georgia to:

1. Provide fair, equitable, and timely grievance procedures for all regular employees;

2. Facilitate free discussion of employment concerns between employees and supervisors to foster better understanding of administrative policies, procedures, and practices;

3. Promote reaching a fair and equitable decision and doing so in a climate of mutual understanding and objective fact-finding; and to

4. Assure that those who file grievances are not retaliated against.

## Section  300.002   Grievance Policy Scope

This grievance procedure applies to all regular full-time employees, with the exception of temporary employees, some elected officials, and members of the Senior Executive Service (SES). Additionally, contract employees and persons in Grant Funded positions are not covered.

Augusta, Georgia reserves the right to depart from this grievance policy in its sole discretion. All employees are employed at will, and both they and Augusta, Georgia may terminate the employment relationship at any time, with or without cause, without following any specific procedure.

## Section 300.003   Grievance Policy Undertakings

No punitive, discriminatory, adverse, or retaliatory action shall be taken against any employee on account of the filing of a grievance or an appeal unless such grievance or appeal is frivolous.  Frivolous is defined as a grievance or appeal that is completely unsubstantiated or falsified.

All employees involved in processing a grievance will work diligently to insure that all grievances are handled fairly and expeditiously and that all required deadlines are met.  Every effort shall be made to resolve grievances at the lowest possible level in the Augusta, Georgia organization. Grievances shall be resolved by making decisions that are best for the organization and employees.  Not every grievance will be resolved to the employee's satisfaction, but each grievance will be investigated and the employee will receive a response.

Department Directors shall be responsible for the administration of this grievance policy in their respective departments.

Augusta  003668

**Section 300.004   Grievance Policy Definitions**

A "grievance" is a disagreement regarding an interpretation and/or application of administrative rule, regulation, policy, plan or procedure which exists under the personnel administration system of Augusta, Georgia which an employee feels is unjust or unfair.

A "working day" for this policy is defined as any day of business between workings hours of 8:00 a.m. and 5:00 p.m. excluding Saturday, Sunday and Augusta, Georgia observed Holidays.

**Section 300.005   Exclusions From the Grievance Procedure**

1. Formal Disciplinary Actions (i.e. written warnings, PIPs, suspensions without pay, demotions, and terminations) handled through the appeal process defined in the Appeal Section of this policy.

2. Complaints of Sexual Harassment (These allegations should be filed with and will be processed according to the Policies and Procedures established by the Commission for the Augusta, Georgia Equal Employment Office (EEO Office)).

3. Complaints of Discrimination (Allegations regarding discrimination based on race, age, sex, national origin, religion, veteran status and disability should be filed with and will be processed according to the Policies and Procedures established by the EEO Office).

4. Wage/compensation issues pertaining to pay or benefits; validity of established salary ranges of the current Augusta, Georgia pay plan; or salary, title, or duties and grade of a position or job evaluation.

5. Hours of work and work schedules or performance appraisals/ratings/performance standards.

6. Non-selection from a bona-fide referral list of qualified and/or highly qualified candidates provided to the selecting official from HR.

**Section 300.006 Grievance Policy General Provisions**

Grievances may be initiated only by the employee concerned and may not be pursued without the affected employee's consent.

Repeated filing of grievances concerning the same issue which has been denied will not be considered.

The employee filing a grievance may, at any step in the procedure, request the assistance from the HR Department or from an advisor/advocate of his or her choosing. If this advocate is a current employee, the advocate must obtain his or her supervisor's permission to participate.  The advocate can only present or prepare for the panel hearing during the advocate's off-duty hours.

Supervisors or Administrators hearing a grievance are urged to call upon the HR Director for advice of assistance in the appropriate interpretation of Augusta, Georgia rules and procedures.

This procedure is normally intended for the use of individual employees.  Should a number of employees file separate grievances on the same matter, such grievances may be combined.  A final determination on the combined grievance shall be binding on all such similar grievances, and a copy of the final

Augusta  003669

determination shall be provided to all complainants.

Any grievance shall be considered resolved at the completion of any step if all parties are satisfied or if neither party appeals the matter to the next step of the procedure with the prescribed period.

## Section 300.007   Presenting a Grievance

Grievances must be presented, in writing, to the appropriate supervisor/manager in the chain-of-command within ten (10) working days from the date of the act or from the date the employee became aware of the occurrence. Grievances submitted after this time are untimely and will not be considered. Grievances must be submitted on the grievance form prescribed by the HR Director for this purpose.

If the supervisor does not comply with the time limits within a step of the procedure, the employee filing the grievance may proceed to the next level of review. A supervisor who is not responsive to the time limits set forth in this procedure maybe subject to disciplinary action.

Failure of the grievant to comply with established time limits shall constitute abandonment of the grievance and an exhaustion of such employee's administrative remedies as to the issue grieved. Since it is important that grievances be resolved as rapidly as possible, time limits, as set forth in the previous paragraphs, shall be considered a maximum and efforts shall be made to expedite the process.

If either party wishes to extend any time limit at any step a request for extension should be made in writing to the Department Director, indicating justification for the request at least twenty-four (24) hours prior to the deadline established for the various steps.

## Section 300.008  Grievance Process

### Step One: Immediate Supervisor

Augusta, Georgia's position is that issues are best resolved when there is open communication between employees and supervisors. It is the responsibility of any employee who believes that he/she has a bona-fide grievance to promptly discuss the issue with his or her immediate supervisor and attempt to resolve the matter at this level. It is recommended that the employee verbally express the suggested solution. The immediate supervisor shall give an oral response to the employee. Every reasonable effort shall be made to resolve the problem at this step. If the employee is not satisfied with a supervisor's oral response, or chooses to bypass this step, then the employee may proceed to step two.

### Step Two: Chain of Command

The employee shall complete a written Employee Grievance Form and submit it to the immediate supervisor within five (5) working days of the event that gave rise to the grievance or when the employee first became aware of the issue. Upon receipt of a written grievance, the immediate supervisor shall consult with their immediate supervisor (if appropriate) and immediately forward a copy of the grievance to the Department Director. If there are other supervisory levels between the immediate supervisor and the Department Director, (i.e. field supervisor, assistant director, etc.) these levels should participate in resolving the grievance at this Step since the next step is the Department Director. The immediate supervisor and other supervisors in the employee's chain of command shall enter their joint comments on the Employee Grievance Form and return it to the employee within five (5) working days of receipt of the grievance by the employee's immediate supervisor. Where a grievance concerns the conduct of the

Augusta  003670

immediate supervisor, the next supervisor in the chain of command may choose to respond at this step.

If the written response of the immediate supervisor and/or other supervisors does not satisfy the complainant, the employee may proceed to the next level by presenting the grievance to the Department Director within five (5) working days of receiving the step two response.

**Step Three: Department Director**

Upon receipt of a timely submitted step two exhausted grievance, the Department Director will conduct whatever investigation they deem necessary as part of their review of the grievance.

Within ten (10) working days of having received the written grievance, the Department Director shall submit a written response to the complainant. A copy of the response shall also be provided to the supervisors in the employee's chain of command at the Department level and to the HR Director.

If the Department Director's response is not acceptable to the complainant, the complainant may request that the Administrator (or appropriate designee) review the grievance through a request to the HR Director. Such a request must be made on the Employee Grievance Form, within five (5) working days after the employee receives the Department Director's response.

**Step Four:  Administrative Review**

Upon receipt of a timely submitted step three exhausted grievance, the HR Director will investigate the grievance and recommend a solution to the Administrator. The HR Director will have ten (10) workdays to provide a recommendation to the Administrator.

The Administrator may accept the HR Director's recommendations, conduct his or her own investigation, and/or hold an Administrative Review hearing. The Administrator or his or her designee will present a final decision within ten (10) working days of receipt of the grievance from the HR Director. The Administrator's decision is final. Such final decision shall be sent to the employee via U.S. Certified Mail.

**Section 300.009  Grievance Witnesses**

The grievant and the department may call witnesses to testify at a grievance hearing. Falsifying a statement is considered "serious misconduct" and may result in the employee's suspension or separation from employment.

**Section 300.010  Grievance Documentation**

Once a grievance submitted to the Administrator has been resolved, all documentation associated with the grievance will be forwarded to the Human Resources Department. Although grievance documentation is part of the employees' records, the documentation will be maintained in a file separate from the employee's official personnel file in the HR Department.

Augusta  003671

## Section 300.011  Discipline

**Purpose:**
To establish a uniform, fair, and standardized means by which Augusta, Georgia may administer a program of disciplinary procedures and guidelines.

**Disclaimer:**

1.  Disciplinary action may be taken against an employee when a rule of Augusta, Georgia or the Department is violated, when work performance is not satisfactory, when counter-productive or inappropriate behavior is exhibited, or violation of lawful orders, work rules/standards, organizational Standard Operating Procedures (SOPs), administrative rules, organizational policies and procedures, ordinances, and/or statutes.  A discipline program should exhibit promptness, impartiality, consistency, and fairness, where employees know what to expect as the result of certain behaviors on the job (See Recommended Guidelines for Disciplinary Actions- Table I).

2.  Augusta, Georgia generally follows a policy of progressive discipline.  The purpose of a progressive disciplinary procedure is to give the employee adequate notice and opportunity to correct any deficiencies, and its focus is on prevention of future violations rather than on punishment.  The disciplinary action taken is normally to be the least serious **action** needed to prevent future instances of inappropriate behavior.  If inappropriate behavior continues, the employee can expect further and more serious discipline.  This policy does not restrict the imposition of a suspension, demotion, or termination in matters that are outside the progressive discipline policy.

    Augusta, Georgia reserves the right to depart from this discipline policy in its sole discretion. All employees are employed at will, and both they and Augusta, Georgia may terminate the employment relationship at any time, with or without cause, without following any specific procedure.

**Types of Discipline:**
The types of disciplinary action, in order of their severity, are:

### A.  Informal Discipline

#### 1)  Letter of Warning

A Letter of Warning is a type of informal disciplinary action and may be used to admonish an employee for committing a minor violation. It is often used when verbal counseling, admonishments, on the job training, and/or guidance has failed to provide the necessary corrective action.  The "Notice of Warning Letter" (See Form HR-ER 1) provides documentation that the counseling occurred, outlining the shortcomings or violations and then offering recommendations for improvement.  Informal discipline documentation is maintained at the department level.

Informal disciplinary actions are not subject to the grievance or appeals processes.

Augusta  003672

## B. Formal Discipline

### 1) Written Reprimand

A Written Reprimand is an admonishment given to the employee in writing, and is always placed in the official personnel file in Human Resources. This form of discipline is more serious than a Letter of Warning, but less serious than a suspension. A Written Reprimand often serves as the type of discipline given for a repeated offense of minor violations or for the first offense of a moderately serious infraction. The "Notice of Written Reprimand" (See Form HR-ER II) will be completed by the Department Director and forwarded to Human Resources for inclusion in the employee's official personnel file. If a Letter of Warning or any other relevant disciplinary actions has been issued previously, a copy may be attached as supporting documentation. The letter of Written Reprimand may be used to support further disciplinary actions for a period no longer than three (3) years from the date of receipt.

### 2) Performance Improvement Plans

The Performance Improvement Plan (PIP) is designed to facilitate constructive discussion between a staff member and his or her supervisor and to clarify the work performance to be improved. It is implemented, at the discretion of the supervisor and Department Director, when it becomes necessary to help a staff member improve his or her performance.

A PIP will be conducted for period of ninety (90) days and must be approved by the Department Director. If an employee shows improvement but not enough that the employee meets the status of "satisfactory", the PIP may be extended for a period of ninety (90) days within a one (1) year cycle for a total of no more than two (2) PIP plans. If an employee does not show improvement after the initial PIP or does not meet the status of "satisfactory" after two (2) PIPs, the Department Director can recommend the employee for demotion or termination.

### 3) Suspension Without Pay

A suspension is the most severe form of discipline, short of demotion or termination, and involves time off without pay. It is used when a written reprimand has not corrected the inappropriate behavior or when an offense is more serious than that warranting a reprimand. A suspension may last from one (1) to thirty (30) days depending on the seriousness of the infraction. Any suspension shall utilize the "Notice of Proposed Disciplinary Action" form (Form HR-ER III) and must be approved by the Department Director, or equivalent, prior to issuance to the employee. A copy will be processed through the HR Director.

### 4) Demotion With A Pay Reduction

Performance-Based Demotion

An involuntary demotion may occur based on poor performance and is appropriate where:

All Rights Reserved – As provided to the Commission on 11-9-11

Augusta  003673

1. The employee's inability to perform current job duties has been demonstrated and documented in the employee's record through one or more PIPs;
2. The employee's record is otherwise satisfactory and no other active rule violations exist, e.g. attendance, punctuality, etc.;
3. The employee is qualified for the lower grade or alternative position;
4. The employee has the ability, is qualified, and a vacancy exists, the employee may be demoted to another position which may be in a lower pay grade or transferred to another job within the employee's functional unit; and
5. The Director of Human Resources has provided final approval for a demotion.

If an employee has been promoted or transferred in the last year and the employee is not performing at a level expected in the new job, then the employee may request to return to the previous job or a job similar to the previous job and their salary will return to what it was prior to the promotion or transfer. The availability of such a job may depend upon mitigating circumstances, such as whether the job has already been filled within the same department. Augusta, Georgia will assist the employee in finding a suitable job that corresponds to their experience, skills, and knowledge. Should the job previously held by the employee be filled and no other comparable position exists, the employee will be placed on lay-off status until a comparable position may be found. However, if within six (6) months a comparable position is not found the employee will be placed on permanent lay-off status.

Performance-Based Demotions with pay reductions may be considered in cases where moving the person out of their current position is more appropriate than termination.

<u>Conduct-Based Demotions</u>

An involuntary demotion may also occur based on poor or unacceptable conduct. With this type of demotion, a Performance Improvement plan is not necessary or required.

1. Unacceptable personal conduct violations are outlined in the violations and recommended disciplinary actions in Table I. These conduct violations may include but are not limited to: personal conduct that disrupts work or the work environment, jeopardizes the safety of persons or property, or creates other serious disruptions in the workforce.
2. There are circumstances in which unacceptable or bad conduct could warrant imposing disciplinary action that is more severe than suspension but less severe than termination. An acceptable alternative disciplinary action for this type of conduct can be demotion in lieu of termination.

Provided the employee is qualified, a funded vacancy exists, and the Department Director believes that demotion would be a more appropriate disciplinary action than termination; the employee may be involuntarily demoted to another position which may be in a lower pay grade or transferred to another job within the employee's functional unit. In either case the demotion in pay and/or grade would require a minimum ten percent (10%) reduction in base pay. Prior to demotion, the proposed action must be reviewed and approved by the Director of Human Resources.

Augusta_003674

5) **Termination**

Termination from employment is the most severe form of discipline. It is normally used when an employee has been disciplined repeatedly and commits yet another infraction. It may also be used when the employee has committed any infraction that falls outside progressive discipline, regardless of disciplinary history. For every termination the "Notice of Proposed Termination" form should be filled out completely by the Department Director and should be delivered to the HR Director for review and processing. The request for termination will be approved/disapproved by the HR Director who will issue a final "Notice of Decision."

## Section 300.012 Discipline Guidelines and Procedure

1. An employee for whom formal disciplinary action (i.e. written reprimand, PIP, suspension, demotion, or termination) is being considered should, when possible, be allowed notice prior to imposition of such action by the use of the "**Notice of Proposed Disciplinary Action**" form. The employee will have five (5) working days in which to respond in writing or orally to the Department Director explaining why the action should not be taken. Failure to respond within that period will not delay administering of the disciplinary action.

2. Suspensions (for any reason), terminations, and demotions are permanent actions and will be retained in the official personnel file indefinitely.

3. Any disciplinary action recommending a suspension, demotion, or termination must be in writing and must be approved by the HR Director prior to disciplinary action being imposed.

4. An effective discipline program is characterized by the uniform application of rules and regulations. Generally, like offenses should result in similar disciplinary actions. At the same time, the supervisor administering the discipline may consider additional factors such as years of service and internal consistency.

5. It is recognized that similar offenses may result in different disciplinary actions, depending on work history, circumstances, and the severity of the offense. For example, an employee who is charged with "absence without approved leave" (AWOL) for a two-week absence may be terminated while an employee who is charged with AWOL for a two-hour absence may only receive a one-day suspension. Both employees are charged with the same offense, but receive different disciplinary actions.

6. Other factors that may influence the severity of disciplinary action include, but are not limited to, the following: the length of the employee's service, the quality of the employee's service, the cost involved, and the cooperation of the employee in the investigation of the specific incident. Ensuring that disciplinary actions are administered in a fair, consistent, and non-discriminatory manner is ultimately the responsibility of the HR Director.

7. An employee may not be punished more than once for the same offense by any other management official of Augusta, Georgia. Previous offenses may, however, be taken into account when considering future discipline. Disciplinary actions by law enforcement or any other outside agency does not prohibit Augusta, Georgia from also taking disciplinary action. For example, if an employee is issued a citation by law enforcement during the investigation

Augusta 003675

of an "at fault" accident, this does not prohibit Augusta, Georgia from imposing disciplinary action as well.

8. In determining the proper level of disciplinary action, which would be suitable to a particular offense, refer to the "Recommended Guidelines for Disciplinary Actions. This Table of Guidelines (Table I) provides examples of misconduct but may not be all-inclusive. Augusta, Georgia has the right to discipline an employee for offenses not specifically listed. If an act or violation is of a very serious nature, intermediate levels of progressive discipline may be bypassed with more severe penalties imposed.

9. In addition to a thorough narrative with any supporting evidence as necessary, supporting the reason(s) for the charges or offense in question, the Department Director should cite any applicable "Violation Reference" code found on the table of guidelines. (HR-ER Form). More than one reference may be cited in making record of the disciplinary action. The specific action or punishment to be taken is at the discretion of the Department Director; particularly egregious violations may bypass the progressive discipline process.

**Note: The Personnel Board shall consider only Appeals of employees as it relates of dismissals or terminations. Decisions of the Personnel Board may be appealed to the Administrator.**

**Review and Approval Process**

| Formal Discipline | Submitter | Approver | Time to Appeal | 1st Appeal | 2nd Appeal |
|---|---|---|---|---|---|
| Written Reprimand | Supervisor/ Manager | Department Director | 5 Days | HR Director | None |
| PIP | Supervisor/ Manager | Department Directors | 5 Days | HR Director | None |
| 1-3 Days Suspension | Supervisor/ Manager | Department Director | 5 Days | HR Director | None |
| 4 Days or more Suspension | Department Director | HR Director | 5 Days | Administrator | None |
| Demotion | Department Director | HR Director | 5 Days | Administrator | None |
| Termination | Department Director | HR Director | 5 days | Personnel Board | Administrator |

All Rights Reserved – As provided to the Commission on 11-9-11

Augusta  003676

1.  If the actions necessary are not time-sensitive, the supervisor shall notify the employee (Notice of Pending Disciplinary Action" form) that formal disciplinary action, i.e. suspension, demotion, or termination, is being considered.  This notification shall provide facts and a description of the alleged infraction(s) and the consequences under consideration.  The employee shall be given five (5) working days in which to provide a written response to the Department Director, with a copy to HR, showing cause as to why disciplinary action should not be taken.

2.  When a regular employee is charged with misconduct that serves as a basis for termination or demotion, the Department Director may (but is not required to) place the employee on up to three (3) days Administrative Leave with pay. The administrative leave will be unpaid if the employee is otherwise unavailable to perform his or her job duties or if unpaid Administrative Leave is approved by the HR Director.

3.  Infractions of a serious nature may require prompt action, not allowing for advance notification.  Any written communication from the employee will permanently accompany the relevant disciplinary action.

4.  The Department Director must coordinate with the HR Director to assure procedural compliance prior to issuance of any proposed or final decision.  Within ten (10) workdays of receipt of the employee's written response, the Department Director or HR Director will decide and issue the disposition in the matter using the "**Notice of Final Decision Form HR-ER IV.**"

5.  Upon receipt, the employee should sign and date a "Receipt Acknowledged" of Notice of Final Decision.  A copy of all documentation associated with the case will be furnished by the Department Director to the HR Department for filing in the Official Personnel File.

## Section 300.013  Appeal of Submitted and Approved Discipline

1.  In order to remain timely, the request from the employee for an Appeal to the HR Director, Administrator or Personnel Board, must be written, signed and filed in the HR Department within five (5) business days of the employee receiving notice of the recommended disciplinary action, or Final Decision by the Department Director or HR Director.  The effect of an employee's failure to request an Appeal within this five (5) day period is the waiver of their right to appeal the recommendation, action or decision and a failure on their part to exhaust their administrative remedies.  In such instances, the recommendation for discipline made by the Department Director (or manager) or the Final Decision made by the HR Director shall become a Final Decision which is not appealable.

2.  A written statement by the employee specifically referencing suspension, demotion, or termination and providing their reasons, to include any relevant documentation, for recommending the disciplinary action be overturned, shall be forwarded to the HR Director. The HR Director will review the documents for timeliness and completeness and, if a timely appeal is made, shall forward a copy of the request to the next appeal level within ten (10) working days of receiving the request.

Augusta  003677

3.  For suspensions of four (4) or more days, demotions, and terminations, the HR Director or designee shall hold an administrative review conference at which time the employee shall be authorized to present information that is pertinent to the charges on his or her behalf. (For suspensions of 1 to 3 days, the Department Director or designee shall hold an administrative review conference). If an employee wishes to have an attorney present at this conference, said employee must inform the HR Director of such intentions at least forth-eight (48) hours prior to the conference. The HR Director may seek legal representation from the Law Department in any such conference or Personnel Board Hearing irrespective of whether the employee has requested an attorney or not.

4.  The HR Director, or designee (Department Director for suspensions of 1-3 days) shall render a decision on the recommendation based on all of the relevant information. The HR Director's (or Department Director's) decision is final, and, the employee shall be notified of this decision in writing.

## Section 300.014  Appeals to the Personnel Board:  Terminations Only

**Note:**   Only full-time regular employees may appeal Terminations.  SES and Probationary employees may not appeal to the Personnel Board.

1.  The employee shall have five (5) business days from notification by the HR Director to appeal a termination or dismissal **(Form HR-ER V)** via the HR Department to the Personnel Board.

2.  Upon receipt by the HR Director of a timely written request for appeal of termination by the employee, Human Resources will, within ten (10) working days, submit all documentation, including a statement of charges, to the Personnel Board.

3.  At its next scheduled meeting, the Personnel Board will hold an open hearing and receive evidence in relation to the Appeal in accordance with the bylaws of the Personnel Board.

4.  The employee or agents of the employee may not contact or have discussions with any member of the Personnel Board regarding the Employee's hearing, the facts surrounding the hearing, or the Employee's character outside the confines of the hearing while the Employee's appeal is pending.  The employee's failure to comply with this regulation will result in the Employee's appeal being denied and the decision of the Human Resources Director being upheld.

5.  If an employee wishes to have an attorney present at the Personnel Board hearing, said employee must inform the HR Director of such intention at least forty-eight (48) hours prior to the hearing.  The HR Director may seek legal representation from the Law Department in any Personnel Board Hearing irrespective of whether the employee has requested an attorney or not.

6.  If an employee has a conflict which will not allow the employee to attend the open hearing and needs to reschedule the date of the open hearing concerning their employment to the next regularly scheduled meeting of the Personnel Board, the employee must provide at least forty-

Augusta_003678

eight (48) hours notice of the need to reschedule and must provide written verification of the conflict to the Director of Human Resources at least twenty-four (24) hours before the scheduled open hearing. Failure to provide adequate notice or written verification of a conflict will result in the open hearing to proceed as scheduled. If an employee fails to attend the scheduled open hearing, the employee's appeal will be denied and the decision of the Human Resources Director will be upheld.

7.    Within ten (10) working days of the hearing, a written decision will be rendered by the Personnel Board. Such decision shall contain a descriptive statement by the Chairman of the Personnel Board describing the reasons the Board rendered the decision it made.

8.    The HR Department will notify the employee in writing of the decision of the Personnel Board.

## Section 300.015  Personnel Board By-Laws

(A) **Purpose.**  The purpose of these bylaws is to establish uniform procedures for the conduct of hearing and meeting of the Augusta, Georgia Personnel Board (hereinafter "Personnel Board" or "Board").

(B) **General Provisions.**

(1) After an appeal of a dismissal has been properly filed with the Human Resources Department, the appeal shall be forwarded to the Chairperson of the Personnel Board to be scheduled for a hearing before the Personnel Board.

(2) Notice of Hearing.  Within seven (7) days from the filing of an appeal in accordance with the Employee Administrative Policy & Procedures Manual (hereinafter "Employee Manual"), the Chairperson of the Personnel Board shall designate an appropriate time and place to conduct the hearing and shall so notify all parties in writing. Such notification shall be mailed or served at least ten (10) calendar days in advance of the date set for the hearing. The Personnel Board will conduct an investigation into the charges based on the information provided by the Human Resources Department. At its next scheduled meeting, the Personnel Board will hold an open hearing and receive any additional evidence in relation to the Appeal. The Chairperson of the Personnel Board, or a majority vote of the Board, shall have the authority to postpone or to continue a hearing (either in the Chairperson's discretion, upon a motion by the Personnel Board or upon the motion of either party, orally or in writing).

(3) Representation.  Opportunity shall be afforded both parties to represent themselves or to be represented by an attorney licensed to practice law in the State of Georgia. All arrangements for providing legal counsel shall be the responsibility of the party desiring such representation. An employee intending to have representation shall inform the Director of Human Resources of such intentions at least 48 hours prior to the scheduled date of such hearing.

(4) Pre-Hearing Conference. The Chairperson of the Personnel Board may arrange a pre-hearing conference for the purpose of reviewing the matter being appealed and establishing stipulations to expedite the hearing.

(5) Witnesses.

Augusta  003679

(a) The appellant or the Human Resources Director (or his or her designee) may request the attendance of employees or other persons as witnesses when their testimony will aid in establishing the facts in the case. Employees appearing as witnesses shall be released from duty without loss of pay or time and without effect on their service rating. However, the Personnel Board does not have subpoena powers to compel a witness's attendance.

(b) No person shall directly or indirectly use, or threaten to use, any official authority or other influence which would tend to discourage any other person from testifying.

(c) Each party shall provide the opposing party a witness list at least three (3) business days in advance of a scheduled Personnel Board hearing. A party seeking to have a witness testify that is not on their witness list may only do so with the consent of the opposing party.

(6) Record of Hearing. A recording shall be made of all hearings; however, such recording will not be transcribed unless the Personnel Board decision is appealed in accordance with the Augusta, Georgia Personnel Policies and Procedures Manual; or a transcript is requested by the Personnel Board or either party to the hearing. If the employee requests a copy of the transcript prior to appealing the Personnel Board's decision, the employee shall pay the cost of having the recording transcribed. In addition to the recording of the hearing, or a transcription thereof, all documents entered into the record during the hearing shall be made part of the official record of the hearing. It shall be the responsibility of the clerk of the Personnel Board to compile the official record of the hearing and, upon the filing of an appeal of the Personnel Board's decision, to have such record certified by the Chairperson of the Personnel Board.

## (C) Hearing Process.

(1) Role of the Board. The Personnel Board shall have the authority to do the following in connection with any hearing:

(a) To administer oaths and affirmations;

(b) Regulate the course of the hearing;

(c) Set the time and place for continued hearings and pre-hearing conferences;

(d) Reprimand or exclude from the hearing any person for any indecorous or improper conduct committed in the presence of the Personnel Board;

(e) To make informal disposition of any case by stipulation, agreed settlement, consent order or default, unless such disposition is precluded by law;

(f) To render a decision as to issues properly presented to the Personnel Board; and

(g) To file Answers to Writs of Certiorari properly filed in the Superior Court of Richmond County.

(2) Attendance at the Hearing. Any hearing at which the Personnel Board receives evidence or hears arguments on appeals of disciplinary actions, dismissals, or other purported violations of the rules shall be open to the public in accordance with Georgia Open Meetings Law. Witnesses may, however, be sequestered at the discretion of the Board.

(3) Evidence. With respect to all hearings before the Personnel Board:

Augusta  003680

(a) Irrelevant, immaterial or unduly repetitious evidence shall be excluded. The rules of evidence as applied to the trial of civil non-jury cases in the Superior Courts of Georgia shall be followed. Evidence not admissible there under may be admitted if it is of a type commonly relied upon by reasonably prudent persons in the conduct of their affairs. The Personnel Board shall give effect to the rule of privilege recognized by law;

(b) Objections to evidentiary offers may be made and shall be noted in the record;

(c) When a hearing will be expedited and the interest of the parties will not be prejudiced substantially, any part of the evidence may be received in written form;

(d) Documentary evidence may be received in the form of copies of excerpts if the original is not readily available; and

(e) The Director of Human Resources may proceed with the presentation of evidence first.

(4) Conduct of Hearings. In the hearing of an appeal, the proceeding shall be informal but orderly. The following procedure shall prevail:

(a) The Chairperson of the Personnel Board shall open the hearing by explaining the procedure to be followed in the hearing.

(b) Witness shall be sworn in and at the discretion of the Chairperson any or all witnesses may be sequestered;

(c) The Chairperson shall read or cause to be read the charges and specifications of the issues to be determined by the Personnel Board;

(d) The facts not in dispute may be stipulated;

(e) Each party shall be given an opportunity to make a brief opening statement identifying the issues and indicating what is to be proven. The Human Resources Director shall present their opening statement first followed by the employee;

(f) The Human Resources Director will begin its presentation of evidence followed by the employee;

(g) All witnesses shall testify under oath or affirmation. The employee and the Human Resources Director may call witnesses to testify at a grievance hearing. Falsifying a statement is considered as "serious misconduct" and may result in the employee's suspension or separation from employment;

(h) Each party may conduct such cross examination as shall be required for a full and true disclosure of the facts. In addition, the Personnel Board members may examine the witnesses;

(i) Before closing the hearing, the Chairperson may allow both parties the opportunity to make brief oral or written closing statements. The employee may present his or her closing statement first;

(j) At any point during the hearing, of his/her own accord or at the request of either party, the Chairperson may grant a fifteen (15) minute recess to allow the parties engage in confidential settlement negotiations. This initial fifteen (15) minute recess may be extended by the Chairperson if both parties signify that progress is being made in the settlement negotiations.

(k) Within ten (10) working days of the hearing, a final decision will be rendered by the Personnel

All Rights Reserved – As provided to the Commission on 11-9-11

Augusta 003681

Board. Should the Board fail to overrule the dismissal decision, the dismissal shall stand. If the dismissal decision is reversed by the Personnel Board and the Personnel Board's decision is upheld in the review and appeal process (or no timely appeal is filed), the employee shall be "made whole" by being reinstated as an employee and provided back pay.

(l) The Human Resources Director will notify the employee in writing of the final decision of the Personnel Board and will be responsible for implementation of any action ordered by the Board.

(5) Time Limitations. In the hearing of an appeal, the parties are subjected to the following time limitations in the presentation of their cases and such time will be monitored by the clerk of the Personnel Board.

(a) Opening Statements. Each party shall have a maximum of five (5) minutes to make an opening statement.

(b) Presentation of Evidence. Each party shall have an initial time period of thirty (30) minutes to present evidence in support of their case. A party may be granted one or more extensions of time in fifteen (15) minute increments, upon motion and good cause shown, to complete presentation of evidence in support of their case.

(c) Closing Statements. Each party shall have a maximum of five (5) minutes to make a closing statement.

**(D) Review of the Personnel Board's Decision.** A decision of the Personnel Board shall not limit the rights of either party to further review and such decision shall be stayed by the filing of a petition for review. Any party, including the Human Resources Director, who has exhausted all administrative remedies available before the Personnel Board and who is aggrieved by a final ruling or order of the Personnel Board on any hearing may seek further review of the decision or order of the Personnel Board in accordance with the Augusta, Georgia Personnel Policies and Procedures Manual.

(1) In the absence of an appropriate action for review of the Personnel Board's decision, within such time for review, the Personnel Board's decision shall, without further proceedings or notice, become the final decision of the Personnel Board and any right of additional appeals shall be extinguished.

(2) Record for Review of Board's Decision. Upon receipt by the Chairperson of the Personnel Board of an appropriate action for review of the Personnel Board's Decision, the Board Clerk and/or Human Resources Department representative shall transmit a certified copy of the entire record to the reviewing body.

(3) The Chairperson of the Personnel Board Shall Answer any Writ of Certiorari to the Superior Court of Richmond County.

### Section 300.016 Appeals from the Personnel Board to the Administrator: Terminations Only

1. Should an employee or the HR Director disagree with the Personnel Board's decision, either may file an appeal to the Administrator, whose decision shall be the final administrative step in the appeals process. The employee and the HR Director shall have five (5) business days from notification of the decision of the Personnel Board being sent by the HR Department to the employee, to file a written appeal to the Administrator. The written appeal shall contain a short descriptive statement containing the reasons the appealing party believes the Personnel Board's decision should be overruled.

Augusta  003682

2.   Within ten (10) working days of a timely filed request for appeal to the Administrator, the Human Resources Department shall deliver a complete transcript of the Personnel Board hearing and all documents and items admitted as evidence by the Personnel Board in accordance with the Personnel Board bylaws.

3.   The Administrator shall review the Personnel Board Record and render a written decision and within ten (10) working days of the delivery of the Personnel Board record.   The Administrator may uphold, overturn, or modify the decision of the Personnel Board at his or her discretion. The Administrator's decision shall contain a descriptive statement describing the reasons the Administrator rendered the decision he or she made.

## Section 300.017  Appeals from the Administrators Final Decision to Superior Court

1.   Should an employee or the Augusta, Georgia Commission disagree with the Administrator's decision, either may file an appeal to Richmond County Superior Court in accordance with the laws of the State of Georgia.

2.   In the event that an appeal to Superior Court is filed, it shall be the responsibility of the HR Director to ensure that a certified copy of the complete record is submitted to Superior Court in accordance with Georgia law and the Personnel Board Bylaws.

Augusta_003683

**Notice of Letter of Warning**
*(Form HR-ER I)*

Employee_____          Job Title_____
Date Hire_____

Supervisor_____          Job Title_____
Department_____          Date of Incident_____

## I. Explanation

_____
_____
_____
_____
_____
_____

## II.   The following corrective action is expected of the employee:

_____
_____
_____
_____
_____

## I.   Future infraction(s) may result in:

_____
_____
_____
_____

## Signatures

_____          _____
Employee                         Date

_____          _____
Supervisor                       Date

Augusta  003684

**Notice of Disciplinary Action Form**
*(Form HR-ER II)*

**Written Reprimand**

Employee_____     Job Title_____

Date Hire_____

Supervisor_____     Job Title_____

Department_____     Date of Incident_____

II.    **Disciplinary action is being taken for the following reason(s) (include dates(s) of infraction and violation of stated policy):**

_____

_____

_____

_____

III.   **Explanation (include dates and explanation of previous relevant discussions and/or discipline):**

_____

_____

_____

_____

_____

IV.    **The following corrective action is expected of the employee:**

_____

_____

_____

_____

V.     **Future infraction(s) may result in:**

_____

_____

_____

_____

_____

Augusta_003685

**EMPLOYEE COMMENTS (To be completed by employee.)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Signatures**

_____          _____
Employee                                    Date

_____          _____
Supervisor                                  Date

Employee's signature indicates receipt of form and does not necessarily indicate concurrence.

☐ Employee declined to sign.

**A copy of this form will be placed in the employee's official personnel folder**
**Distribution of copies:**
Original to employee
Departmental file
Human Resources employee file

Augusta  003686

**Notice of Disciplinary Action**
*(Form HR-ER III)*
**(Suspension/Demotion)**

**Current Date:**

Employees Name:
Street Address
City, State, Zip Code

RE:   **Notice of Proposed Disciplinary Action – Decision to Suspend Without Pay:**

Dear Mr./Mrs./Ms: (Employees last Name)

This letter is to inform you that effective (date and time) you have been placed on suspension for (      )
days.  This is due to your violation of Augusta, Georgia Policies.

**State violations:**

**Please be advised that in accordance with the Augusta, Georgia Grievance and Appeal Procedures,
you have the right to file an appeal. Your request for an appeal must be submitted to the Director
of Human Resources in writing within five (5) working days, of receipt of this letter.**

If you have, any additional, questions or concerns related to this information do not hesitate to contact me
or the Director of Human Resources at 706-821-2303.

Sincerely,

Name_____

Receipt acknowledged: _____    Date:_____

Augusta_003687

**Notice of Disciplinary Action**
*(Form HR-ER IV)*
**Recommendation for Termination**

**Current Date:**

Employees Name:
Street Address
City, State, Zip Code

**RE:     Notice of Proposed Disciplinary Action – Termination:**

Dear Mr./Mrs./Ms: (Employees last Name)

This letter is to inform you that effective (date and time) you have been recommended for termination. This is due to your violation of Augusta, Georgia Policies.

**State violations:**

If you disagree with this recommendation you may request that the HR Director conduct an administrative review of this request where you will be provided the opportunity to explain why you believe you should not be terminated.   To request an administrative review of this recommendation, you must submit a written request to the Director of Human Resources within five (5) days of receipt of this letter.   Your request for an administrative review should be forwarded to the attention of the Director of Human Resources, 530 Greene Street, Room 601, Augusta, Georgia 30901.

Should you not agree with the HR Director's decision following the administrative review, you have the right to appeal to the Augusta, Georgia Personnel Board within five (5) days of receipt of the written notification of the HR Director's decision.

If you have, any additional, questions or concerns related to this information do not hesitate to contact me or the Director of Human Resources at 706-821-2303.

Sincerely,

Name: _____

Receipt acknowledged: _____   Date: _____

Augusta  003688

**Request for Admin Review or Appeal**
**(Form HR-ER V)**

Any regular employee in the Classified Service recommended for a written reprimand, performance improvement plan, suspension without pay, demotion, or termination has a right to Administrative Review by the Director of Human Resources or the Administrator (depending on the level of discipline). This request must be submitted to the Director of Human Resources in writing within five (5) working days of receiving notice of the recommended action.

Employee Name_____     Employee ID #_____

Employee Title_____     Date of Hire_____
Department No._____     Department Name: _____
Department Head_____     Supervisor_____

Date of Incident _____ Nature of Incident_____

*I am appealing the following disciplinary action (place an "X" in the appropriate box):*

*Suspension without Pay ( )   Demotion ( )      Termination ( )*

## REASONS FOR THE ADMINISTRATIVE REVIEW

**INSTRUCTIONS:**
**Please state exactly what happened to cause the disciplinary action, when it happened, who was involved and what policy, law, or contract clause you allegedly violated, and reason(s) you believe that the action taken against you by management was not justified (print or type): Note: You may attach additional documents or continue your written request on additional pages, but you must number and sign/date each additional page.**

_____

_____

_____

_____

_____

_____

_____

**Employee Signature:**_____     **Date**_____

**Received by (Human Resources Department):**

_____

**Human Resources Signature:**_____     **Date**_____

Augusta  003689

**Was request filed within five (5) workdays of receipt of the disciplinary action?**

**Yes**_____

**No**_____


If the employee's administrative review request was not received by the Human Resources Director within five (5) working days of receipt of the disciplinary action, it is untimely and will not be processed. In this event, please sign below, copy and return the original of the appeal to the employee:


_____                    Date
Human Resources Department
Original to employee
Departmental file
Human Resources employee file

Augusta  003690

**(NOTICE OF FINAL DECISIONS)**
*(Form HR-ER VI)*

**VIA CERTIFIED MAIL/RECEIPT REQUESTED**

**Current Date:**

Employees Name:
Street Address
City, State, Zip Code

**RE:   Final Decision:**

Dear Mr./Mrs./Ms: (Employees last Name)

An administrative review was conducted on _____(Date)_____for violation of Augusta, Georgia Policies and Procedures:

**State violations as stated:**

After considering all of the facts, I am in agreement with the Department Director's recommendation regarding the (Demotion, suspension, Termination) etc.

In accordance with the policies and procedures of Augusta, Georgia this decision may be appealed in accordance with the procedures provided in the Employee Handbook.

[Reference the sections in the handbook relevant to the type of decision rendered.]

Sincerely,


[Name], Human Resources Director



cc:  [Name], Administrator
     [Name], General Counsel
     [Department Director, Title]

Augusta  003691

## Table I   Recommended Guidelines For Disciplinary Actions

### LEGEND:

L = Letter of Warning    S = Suspension
W = Written Reprimand    T = Termination

| Reference | Infraction | Category | First Offense | Second Offense | Third Offense | Fourth Offense |
|---|---|---|---|---|---|---|
| IN-1 | Disregard for or willful failure to follow the written instruction or direction of a supervisor or higher authority | Insubordination | W | S/T | T | |
| IN-2 | Abusive verbal conduct directed at a supervisor within the employee's chain-of-command. | Insubordination | W/S | S/T | T | |
| IN-3 | Failure to work overtime, special hours, or special shifts or be on stand-by, as directed | Insubordination | W-S | S/T | T | |
| ND-1 | Violation of any Augusta, Georgia, department or division rule or directive | Neglect of Duty | L | W | S | T |
| ND-2 | Inability to perform up to accepted work standards | Neglect of Duty | L | W | S | T |
| ND-3 | Habitual tardiness, unscheduled absence (six (6) or more in a 180 day period), absenteeism, and/or abuse of leave privileges | Neglect of Duty | L | W | S | T |
| ND-4 | Willful neglect in performance of duties | Neglect of Duty | W/S | S/T | T | |
| ND-5 | Job abandonment for 3 consecutive scheduled workdays, or 2 consecutive 24-hour shifts. | Neglect of Duty | S/T | T | | |
| ND-6 | Leaving the assigned work area during regular working hours without permission or until relieved. | Neglect of Duty | L | W | S | T |
| ND-7 | Absence without approved leave, including failure to call in or report an absence to a supervisor the day the absence begins. | Neglect of Duty | W | S | T | |
| ND-8 | Being identified as "at fault" in an accident or collision by the Safety Review Committee while the operator of Augusta, Georgia vehicle or piece of equipment. | Neglect of Duty | See SRC Penalty Matrix | See SRC Penalty Matrix | See SRC Penalty Matrix | |

All Rights Reserved – As provided to the Commission on 11-9-11

Augusta_003692

| Reference | Infraction | Category | First Offense | Second Offense | Third Offense | Fourth Offense |
|---|---|---|---|---|---|---|
| ND-9 | Failure to maintain licenses, certifications and/or other professional credentials required for employment or failure to notify appropriate Augusta, Georgia officials of their loss, suspension, or revocation. | Neglect of Duty | S/T | T | | |
| ND-10 | Suspension or revocation of Driver License or Commercial Driver License (CDL) if it is required for the performance of job duties. | Neglect of Duty | W/S/T | S/T | T | |
| ND-11 | Willful or negligent violation of a safety policy, which results in property/equipment damage or personal injury. | Neglect of Duty | W/S/T | S/T | T | |
| ND-12 | Violating a safety rule or practice or any conduct which could endanger a co-worker or member of the public. | Neglect of Duty | W/S/T | S/T | T | |
| ND-13 | Operating, or directing the operation, of an Augusta, Georgia vehicle or equipment without proper qualifications or supervision. | Neglect of Duty | W | S | T | |
| ND-14 | Failure to immediately report any on-the-job accident to a supervisor or member of the chain-of-command. | Neglect of Duty | W | S | T | |
| ND-15 | Failure to report to the Department a subpoena or request for information from a law firm that relates to Augusta, Georgia business. | Neglect of Duty | L | W | S | T |
| ND-16 | Possession or sale of alcohol or illicit drugs on Augusta, Georgia property (including vehicles). | Neglect of Duty | T | | | |
| ND-17 | Working under the influence of alcohol or illicit drugs. | Neglect of Duty | T | | | |
| ND-18 | Violation of traffic laws while operating Augusta, Georgia vehicle, i.e. speeding, running traffic control device, failure to yield, etc. | Neglect of Duty | L | W | S | T |

All Rights Reserved – As provided to the Commission on 11-9-11

Augusta_003693

| Reference | Infraction | Category | First Offense | Second Offense | Third Offense | Fourth Offense |
|---|---|---|---|---|---|---|
| ND-19 | Motor Vehicle Record review with 10 points or more – impact on driving privileges | Neglect of Duty | T | | | |
| EV-1 | Fraud, waste, and/or abuse of Augusta, Georgia property or time. | Ethics Violation | W/S/T | S/T | T | |
| EV-2 | Falsification or misrepresentation of an official document or record. | Ethics Violation | W/S/T | S/T | T | |
| EV-3 | Falsification or misrepresentation of any portion of a job application. | Ethics Violation | W/S/T | S/T | T | |
| EV-4 | Violation of Augusta, Georgia policies relating to impartiality, use of public property, conflict of interest, disclosure or confidentiality. | Ethics Violation | W | S | T | |
| EV-5 | Conviction of a felony, a misdemeanor conviction involving moral turpitude, or any misdemeanor while in the performance of Augusta, Georgia duties. | Ethics Violation | S/T | T | | |
| EV-6 | Unauthorized possession of firearms, explosives, or weapons on Augusta property. | Ethics Violation | W/S/T | S/T | T | |
| EV-7 | Unauthorized vending or solicitation on property or from Augusta, Georgia vehicle. | Ethics Violation | L | W | S | T |
| EV-8 | Attempting to coerce or influence a member of the public, fellow employees, subordinates or supervisor with gifts, services, loans or other consideration OR receipt of a fee, gift, or valuable item when such is given or accepted in the expectation of receiving a favor or preferential treatment. | Ethics Violation | S | T | | |
| EV-9 | Directing or permitting a subordinate to violate any rule, policy or regulation, whether explicit or condoned through inaction. | Ethics Violation | W/S | S/T | T | |

All Rights Reserved – As provided to the Commission on 11-9-11

Augusta  003694

| Reference | Infraction | Category | First Offense | Second Offense | Third Offense | Fourth Offense |
|---|---|---|---|---|---|---|
| EV-10 | Engaging in any employment, activity or enterprise which is illegal, incompatible, or in technical conflict with the employee's duties and responsibilities as Augusta, Georgia employee. | Ethics Violation | S/T | T | | |
| EV-11 | Engaged in outside employment activity while using sick leave, worker's compensation leave, or catastrophic leave. | Ethics Violation | T | | | |
| EV-12 | Intentional destruction, theft or unauthorized removal of Augusta, Georgia property or assets for personal use. | Ethics Violation | W/S/T | S/T | T | |
| EV-13 | Intentional destruction, theft (including stealing time) or unauthorized removal, possession or use of Augusta, Georgia property, tools or equipment without consent. | Ethics Violation | W/S/T | S/T | T | |
| EV-14 | Violation of Augusta, Georgia's discrimination and/or unlawful harassment policies. | Ethics Violation | W/S/T | S/T | T | |
| EV-15 | Gross misconduct to include, but not limited to, physical violence, threats of physical violence or engaging in offensive conduct or language toward the public, supervisory personnel, or fellow employees. | Ethics Violation | S/T | | | |
| EV-16 | Membership in any organization that advocates the overthrow of the Government of the United States by force or violence. | Ethics Violation | T | | | |
| EV-17 | Misconduct which undermines supervisory authority, productivity, or morale. | Ethics Violation | W | S | T | |
| EV-18 | Off duty conduct (e.g. conviction of a felony) which reflects very unfavorably upon the image and ethical standards of Augusta, Georgia as an employer. | Ethics Violation | W/S/T | S/T | T | |
| WE-1 | Violation of Augusta, Georgia Internet Use Policies (e.g. social media, pornographic sites, etc.) | Work Ethics Violation | W/S/T | S/T | T | |

Augusta  003695

| Reference | Infraction | Category | First Offense | Second Offense | Third Offense | Fourth Offense |
|---|---|---|---|---|---|---|
| WE-2 | Violation of Augusta, Georgia Email Policies (e.g. Passing on inappropriate chain emails and non-work related content, etc.) and/or excessive personal email/web time. | Work Ethics Violation | W/S/T | S/T | T | |
| WE-3 | Unauthorized use of Augusta, Georgia vehicles or equipment on or off-duty. | Work Ethics Violation | W | S | T | |

Augusta  003696