

State of Georgia
Department of Labor
**SEPARATION NOTICE**

1. Employee's Name   Jacqueline Humphrey         2. SSN ▉▉▉▉▉▉▉▉▉
   a. State any other name(s) under which employee worked. _____

3. Period of Last Employment:  From  11/09/2009      To  03/30/2015

4. REASON FOR SEPARATION:
   a. LACK OF WORK   ☐
   b. If for other than lack of work, state fully and clearly the circumstances of the separation: _____

   Termination

5. Employee received payment for: (Severance Pay, Separation Pay, Wages-In-Lieu of Notice, bonus, profit sharing, etc.)
   (DO NOT include vacation pay or earned wages)
   _____ in the amount of $ _____ for period from _____ to _____
   Date above payment(s) was/will be issued to employee _____
   IF EMPLOYEE RETIRED, furnish amount of retirement pay and what percentage of contributions were paid by employer.
   _____ per month   % of contributions paid by employer

6. Did this employee earn at least $3,500.00 in your employ?   Yes      If NO, how much? _____
                                                                         Average Weekly Wage _____

Employer's Name   Augusta Richmond County

Address   535 Telfair Street, Room 400
          (Street or RFD)

City  Augusta        State  GA   30901
                                 ZIP Code

Employer's Telephone No.   706   826-1377
                     (Area Code)  (Number)

Ga. D.O.L. Account Number   140501-08
(Number shown on Employer's Quarterly Tax and Wage Report, Form DOL-4).

I CERTIFY that the above worker has been separated from work and the information furnished hereon is true and correct. This report has been handed to or mailed to the worker

*Leslie Treeter* (signature)

Signature of Official, Employee of the Employer or authorized agent for the employer

Employee Relations & Training Specialist
Title of Person Signing

04/06/2015
Date Completed and released to Employee

**NOTICE TO EMPLOYER**
At the time of separation, you are required by the Employment Security Law, OCGA Section 34-8-190©, to provide the employee with this document, properly executed, giving the reasons for separation. If you subsequently receive a request for the same information on a DOL-1199FF, you may attach a copy of this form (DOL-800) as a part of your response.

**NOTICE TO EMPLOYEE**
OCGA SECTION 34-8-190(C) OF THE EMPLOYMENT SECURITY LAW REQUIRES THAT YOU TAKE THIS NOTICE TO THE GEORGIA DEPARTMENT OF LABOR CAREER CENTER IF YOU FILE A CLAIM FOR UNEMPLOYMENT INSURANCE BENEFITS.
SEE REVERSE SIDE FOR ADDITIONAL INFORMATION.

DOL-800 (R-8/05)

8/2014