EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 415-2015-00577 and EEOC |

_State or local Agency, if any_

**Name** (indicate Mr., Ms., Mrs.): Ms. Jacqueline A. Humphrey
**Home Phone** (Incl. Area Code): [redacted]
**Date of Birth**: [redacted]

**Street Address**: [redacted]
**City, State and ZIP Code**:

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

**Name**: CITY OF AUGUSTA (RICHMOND COUNTY)
**No. Employees, Members**: 500 or More
**Phone No.** (Include Area Code): (706) 821-1820

**Street Address**: 535 Telfair Street, Augusta, GA 30901

**DISCRIMINATION BASED ON** (Check appropriate box(es).)
☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

**DATE(S) DISCRIMINATION TOOK PLACE**
Earliest: 07-03-2014   Latest: 03-20-2015
☐ CONTINUING ACTION

**THE PARTICULARS ARE** (If additional paper is needed, attach extra sheet(s)):

I. I began my employment on November 9, 2009, as the Equal Employment Opportunity Director. Throughout my tenure, I participated in various Equal Employment Opportunity Investigations. On June 23, 2014, I engaged in a protected activity when I timely filed EEOC Charge No. 410-2014-03841, with the United States Equal Employment Opportunity Commission. Beginning on or about this date, I was excluded from new and ongoing complaints against the Respondent involving discrimination. On March 30, 2015, I was discharged.

II. I was told that I was discharged because a "Special Called" meeting had been called by the Mayor, and Commissioners, and they voted to discharge me effective immediately.

III. I believe that I have been discriminated against in retaliation for engaging in a lawful protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended.

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Date: Apr 30, 2015
Charging Party Signature: [signature]

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)

RECEIVED APR 30 2015 EEOC-SLO