AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JACQUELINE HUMPHREY,

    Plaintiff,

v.

AUGUSTA, GEORGIA,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 119-084

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 24, 2022, the Defendant's Motion for Summary Judgment is granted and judgment is hereby entered in favor of Defendant and against the Plaintiff. This case stands closed.

01/24/2022
Date

John E. Triplett, Clerk of Court
Clerk

*Jamie Sabalza* (signature)
(By) Deputy Clerk

GAS Rev 10/2020